# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Sydarius Reynolds | **Repayment Agreement and Order** | No: 7:19-CR-00012-001 |

On February 24, 2022, Sydarius Reynolds was sentenced to 48 months imprisonment followed by a 12-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Reynolds. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on February 24, 2022, I have been ordered to pay a total restitution of $31,730.00 and a special assessment of $100.00.

2. On November 1, 2023, I began my service of 12 months of supervised release. The mandatory assessment was satisfied on October 31, 2013. The current balance of my restitution is $31,280.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of July 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $100.00 per month during the term of supervision.

_____          07/16/2024
Sydarius Reynolds                         Date

_____          07/16/2024
Desmond A. Phillips, U.S. Probation Officer    Date

_____          07/18/2024
Assistant U.S. Attorney                   Date

**THE COURT ORDERS:**

[X] Approval   [ ] Disapproval

_____
Leslie Abrams Gardner
Chief U.S. District Judge

July 22, 2024
Date